IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDERSON, | No. 2:24-CV-0483-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEVIN SMITH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion entitled "Motion Requesting the Court to Proceed with Service, Plaintiff will not File a SAC [Second Amended Complaint]." See ECF No. 13.

This action currently proceeds on Plaintiff's first amended complaint naming the following as defendants: (1) Kevin Smith, a physician and surgeon at Mule Creek State Prison (MCSP); (2) Michael Ullery, a physician and surgeon at MCSP; (3) Bhupinder Lehil, a physician and surgeon at MCSP; (4) Wesley Vaughn, chief physician and a surgeon at MCSP; (5) Peter Lee, a physician and surgeon at MCSP; (6) Kevin Yang[1], a registered nurse at MCSP; (7) Klatt, a registered nurse at MCSP; and (8) Gavin Newsom, Governor of California. See id. at 2-3. On June 5, 2024, the Court issued an order addressing the sufficiency of Plaintiff's first amended

---

[1] Sometimes incorrectly referred to as "Wong" in the Court's June 5, 2024, screening order.

1

complaint.  See ECF No. 12.  Klatt, Yang, Lee, and Newsom were not named in the original complaint.

In addressing the sufficiency of the first amended complaint, the Court concluded as follows:

> . . . [T]he Court finds that Plaintiff has stated cognizable claims under the Eighth Amendment against the following defendants for deliberate indifference to Plaintiff's medical needs: Defendant Lehil for incorrectly documenting Plaintiff's symptoms, Defendant Klatt for ignoring Plaintiff's requests for medical assistance, Defendant Wong for entering a chart note stating nothing was wrong with Plaintiff despite not examining him, and Defendant Smith for denying Plaintiff's surgery despite not examining Plaintiff. Plaintiff has also stated cognizable claims under the Eighth Amendment for deliberate indifference to Plaintiff's medical needs against Defendants Klatt, Ullery, and [Yang] for conspiring to send Defendant [Yang] to see Plaintiff and noting that there was nothing wrong with Plaintiff despite not examining him. Plaintiff has also stated cognizable claims under the Eighth Amendment against Defendants Lehil and Vaughn under the Eighth Amendment for denying Plaintiff access to a medical specialist to address his incontinence. Plaintiff has failed to present cognizable claims against Defendants . . . Lee and Newsom as Plaintiff has failed to establish a causal connection between these defendants and the alleged violations of constitutional rights.

ECF No. 12, pgs. 5-6.

Plaintiff was provided an opportunity to file a second amended complaint to address the deficiencies identified in the Court's screening order, and cautioned that, if no second amended complaint was filed within the time permitted therefor, the action would proceed on the first amended complaint as to those claims identified as cognizable.  See id. at 6-7.  Plaintiff then filed the pending motion.  See ECF No. 13.  In his motion, Plaintiff states that he does not intend to file a second amended complaint and asks the Court to proceed with service of the first amended complaint.  See id.

Plaintiff's motion is construed as a request for voluntary dismissal of Defendants Lee and Newsom and, so construed, the Court will direct that these defendants be dismissed on Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  By separate order, the Court will direct service of the first amended complaint on Defendants Lehil, Klatt, Yang, Smith, Ullery, and Vaughn as to those claims identified in the prior screening order.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion, ECF No. 13, is construed as a request for voluntary dismissal.

2. Defendants Lee and Newsom are dismissed on Plaintiff's notice.

3. The Clerk of the Court is directed to update the docket to add Klatt, Registered Nurse, MCSP, and Kevin Yang, Registered Nurse, MCSP, as defendants to this action.

Dated: July 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE