IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDERSON, | No. 2:24-CV-0483-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEVIN SMITH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a response to Defendants' motion to dismiss by way of a further amended complaint. See ECF No. 26. Also before the Court are Plaintiff's second amended complaint and Defendants' motion for a screening order. See ECF Nos. 27 and 28.

Plaintiff initiated this action with a pro se complaint filed on February 15, 2024. On March 15, 2024, the Court screened the original complaint and directed Plaintiff to file a first amended complaint. See ECF No. 10. Plaintiff filed his first amended complaint as directed on May 9, 2024. See ECF No. 11. On June 5, 2024, the Court screened Plaintiff's first amended complaint. See ECF No. 12. While the Court found that some of Plaintiff's claims were sufficient to proceed, other claims were found deficient, and Plaintiff was provided an opportunity to file a second amended complaint. See id. On June 24, 2024, Plaintiff filed a

motion to proceed with service of the first amended complaint. See ECF No. 13. On July 15, 2024, the Court construed this motion as a request for voluntary dismissal of the claims identified as defective in the June 5, 2024, screening order and granted the request. See ECF No. 14. On the same day, the Court issued an order directing service of the first amended complaint. See ECF No. 15.

Defendants waived service and later filed a motion to dismiss the first amended complaint on October 15, 2024. See ECF No. 23. On November 14, 2024, Plaintiff sought additional time to respond to the motion to dismiss by way of a further amendment to the complaint. See ECF No. 24. That motion was granted on November 21, 2024. See ECF No. 26. Plaintiff now seeks additional time to file a second amended complaint in response to Defendants' motion to dismiss the first amended complaint. See ECF No. 26. With the current motion, Plaintiff filed a second amended complaint. See ECF No. 27. Defendants seek a screening order as to the newly filed second amended complaint. See ECF No. 28.

The Court will grant Plaintiff's motion for an extension of time and finds that the second amended complaint was timely filed as-of-right pursuant to Federal Rule of Civil Procedure 15(a). The second amended complaint supersedes the first amended complaint, which is the subject of Defendants' pending motion to dismiss, which is now rendered moot.[1] The Court will grant Defendants' request for screening of the second amended complaint. The sufficiency of the second amended complaint will be addressed by separate order.

///
///
///
///
///
///
///

---

[1] By way of their request for a screening order addressing the second amended complaint, Defendants appear to acknowledge that the second amended complaint supersedes the first amended complaint and renders the pending motion to dismiss moot.

2

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 26, is granted.

2. Plaintiff's second amended complaint, ECF No. 27, filed on December 13, 2024, is deemed timely filed pursuant to Federal Rule of Civil Procedure 15(a).

3. Defendants' motion to dismiss the first amended complaint, ECF No. 23, is rendered moot by the filing of Plaintiff's second amended complaint, which is deemed timely, and the Clerk of the Court is directed to terminate ECF No. 23 as a pending motion.

4. Defendants' motion for screening of the second amended complaint, ECF No. 28, is granted.

**Dated:  January 21, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE