IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SMITH, et al.,<br><br>　　　　Defendants. | No.  2:24-CV-0483-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss.  See ECF No. 37.  Good cause appearing therefor, Plaintiff's motion will be granted and Plaintiff's opposition, filed on October 21, 2025, is deemed timely.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 37, is granted.

2. Plaintiff's opposition, ECF No. 38, filed on October 21, 2025, is deemed timely.

3. Defendants' optional reply brief is due within 14 days of the date of this order.

**Dated: October 22, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE