**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAMON ANDERSON,

       Plaintiff,

    v.

KEVIN SMITH, et al.,

       Defendants.

No.  2:24-CV-0483-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 14-day extension of time to file objections to the Court's April 8, 2026, findings and recommendations.  See ECF No. 42. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to conduct legal research, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for an extension of time, ECF No. 42, is granted.

2.    Objections to the Court's April 8, 2026, findings and recommendations are due within 14 days of the date of this order.

**Dated:  May 13, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE