**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAMON ANDERSON,

Plaintiff,

v.

KEVIN SMITH, et al.,

Defendants.

No. 2:24-CV-0483-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a third amended complaint. See ECF No. 47. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to emergent medical issues, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 47, is granted.

2. Plaintiff's third amended complaint is due within 30 days of the date of this order.

**Dated: August 18, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE