**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAMON ANDERSON,

Plaintiff,

v.

KEVIN SMITH, et al.,

Defendants.

No. 2:24-cv-0483-DJC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file an amended complaint. ECF No. 53. The undersigned filed findings and recommendations on October 26, 2026. *See* ECF No. 52. The findings and recommendations recommended that Plaintiff's third amended complaint be dismissed with prejudice. No objections were filed, but the Court construes Plaintiff's motion for an extension, ECF No. 53, as a motion for an extension of time to file objections.

Good cause appearing, Plaintiff will be granted a thirty-day extension to file objections to the Court's findings and recommendations. Plaintiff is not granted leave to file an amended complaint. Plaintiff is only granted an extension until **December 9, 2026**, to file objections to the findings and recommendations, ECF No. 52.

IT IS SO ORDERED.

Dated: November 19, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE